UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CALVIN B. NELSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 10-0245 (CKK) |
| ) | |
| TYRONE WILLIAMS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM and ORDER

Now before the Court are three motions filed by plaintiff to amend his complaint. Although plaintiff first asks that the named defendants be sued in both their individual and official capacities, his second motion asks that the defendants be sued only in their individual capacities under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). It is apparent in his original complaint that plaintiff brings *Bivens* claims against the defendants in their individual capacities. The Court will grant second motion [Dkt. #14] and deny the first motion [Dkt. #13] as moot.

In his third motion to amend, plaintiff asks to add a claim under D.C. Code § 24-428. Nothing in plaintiff's original complaint pertains to this statutory provision. Without factual allegations to flesh out such a claim, defendants cannot be expected to respond to it. The Court will deny the motion [Dkt. #15] without prejudice.

Accordingly, it is hereby

1

ORDERED that plaintiff's second motion to amend his complaint [Dkt. #14] is GRANTED, and his first motion [Dkt. #13] is DENIED as moot; and it is

FURTHER ORDERED that plaintiff's third motion to amend his complaint [Dkt. #15] is DENIED WITHOUT PREJUDICE to the filing of an amended complaint in accordance with Rules 8-10 and 15 of the Federal Rules of Civil Procedure and, if applicable, Local Civil Rule 15.1.

SO ORDERED.

DATE: 4/26/10

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge