UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CALVIN B. NELSON )<br>)<br>      **Plaintiff** )<br>)<br>      v. )<br>)<br>TYRONE WILLIAMS, *et al.* )<br>)<br>      **Defendants.** )<br>) | Civil Action No. 10-0245 (CKK)<br>(ECF) |

**DEFENDANTS' MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Tyrone Williams, Community Supervision Officer, Isaac Fulwood, Jr., Chair, United States Parole Commission ("Commission"), Edward F. Reilly, former Commission Chair, Deborah Spagnoli, former Commissioner, Leigh Skipper, Federal Public Defender, Marty Russell, Jerry Martinez, D. Scott Dodril, J.L. Norwood, Harley Lappin, Harrell Watts and K.M. White ("Defendants"), in their official and individual capacities, by and through the undersigned counsel, respectfully request an enlargement to respond to the complaint in this case. Defendants respectfully request to and including July 15, 2010, to file an answer or otherwise respond to Plaintiff's complaint. In support of this motion, Defendants state the following:

1. Defendants' response to Plaintiff's complaint is due on May 18, 2010.

2. Plaintiff has named approximately 20 federal employees in their individual capacities. Docket Entry 1.[1]

---

[1] By filing this motion, Defendants do not waive their rights to any defenses under Fed. R. Civ. P. 12, including immunity from suit or failure of service.

3. Accordingly, these Defendants may seek Department of Justice representation pursuant to 28 C.F.R. 50.15. The process of securing that representation is being considered and, if determined to be necessary, should be completed within the next 45-60 days.

4. The undersigned also seeks this enlargement in order to confer with Agency Counsel and because he will be absent from the office between June 14 and June 25, 2010.

5. Because Plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[2]

Wherefore, Defendants respectfully request that this motion be granted. A minute order is respectfully requested.

May 14, 2010                                        Respectfully submitted,


                                                    RONALD C. MACHEN JR, D.C. BAR # 447889
                                                    United States Attorney
                                                    for the District of Columbia


                                                    RUDOLPH CONTRERAS, D.C. BAR # 434122
                                                    Chief, Civil Division

                                                    By:   /s/
                                                    KENNETH ADEBONOJO
                                                    Assistant United States Attorney
                                                    Judiciary Center Building
                                                    555 4th Street, N.W. – Civil Division
                                                    Washington, D.C.  20530
                                                    (202) 514-7157

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*." Furthermore, Local Civil Rule 16.3(a) excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

**CERTIFICATE OF SERVICE** (202) 514-8780 (facsimile)

I certify I caused a copy of the foregoing Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

CALVIN B. NELSON
R42567-037
ALLENWOOD LOW
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 1000
WHITE DEER, PA 17887

on this 14th day of May, 2010.

__/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney